# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                          NO. 2023 KW 0952
INTEREST OF M.A.


**SEPTEMBER 29, 2023**

---

In Re:     M.A., applying for supervisory writs, City Court of
East St. Tammany, Parish of St. Tammany, Nos. 22JC3318
and 23JC1888.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6), (8), (9) and (10), by failing to include copies of the ruling at issue, the pleadings on which the ruling was founded, the petition, a copy of any opposition or a statement that no opposition was filed, and the pertinent court minutes. Moreover, although it is not a violation of the Uniform Rules, we note counsel failed to include a copy of the transcript of the proceedings at issue and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Therefore, the ruling at issue cannot be reviewed. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              PMc
                              CHH
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT